*17*

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

Kevin LA'Von Giles

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Jonathan Homingway
OFFicer House
OFFicer Tofuil
N. Clingerman

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case:2:23-cv-10951
Judge: Michelson, Laurie J.
MJ: Altman, Kimberly G.
Filed: 04-24-2023 At 03:25 PM
PRIS GILES V. HEMINGWAY ET AL (DA)

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name   Kevin La'Von Giles

All other names by which you have been known:

_____

ID Number          47626-509

Current Institution   FDC Milan

Address            P.O. Box 1000

                   Milan, Mi 48160

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name              Jonathan Hemingway

Job or Title       Warden
(if known)

Shield Number

Employer          Federal Bureau Prison

Address           P.O. Box 1000

                  Milan, Mi 48160

☑  Individual capacity          ☑  Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name                Officer House

Job or Title        Kitchen
(if known)

Shield Number

Employer            Federal Bureau Prison

Address             P.O. Box 1000
                    Milan. Mi 48160

☒ Individual capacity          ☒ Official capacity

Defendant No. 3

Name                Officer Tofuil

Job or Title        Kitchen
(if known)

Shield Number

Employer            Federal Bureau Prison

Address             P.O. Box 1000
                    Milan. Mi 48160

☒ Individual capacity          ☒ Official capacity

Defendant No. 4

Name                N. Clingerman

Job or Title        Head of medical
(if known)

Shield Number

Employer            Federal Bureau Prison

Address             P.O. Box 1000
                    Milan. Mi 48160

☒ Individual capacity          ☒ Official capacity

3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Eighth   Amendment
Fourteeth  Amendment

4

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

It happen inside FDC Milan

see Attachment

C.    What date and approximate time did the events giving rise to your claim(s) occur?

See Attachment for Statement of Claim

6

Around April, 2022 I was told by Medical Staff that My A1C is out of Control, I told them that I needed to See a eye doctor because my blurry Vision and Severe headackes. I was told that they don't have a eye doctor here. I been here a year now still have not Seen a eye doctor or got any eye glasses.

The defendants have Violated my Eighth Amendment right and Acted Under the Color of federal law.

Kevin Giles
Statement of facts

On Around Oct 2022, I ask to see someone So I Can File a PREA because A staff member invited me to his private part Saying get theses Nuts bitch. I Call the PrEA number on the bulletin board this number I Call have nothing to deal with Prea I told the Warden til this day this bulletin board have not been Up to date, I was refuse by the Warden and staff to file A Prea.

Kevin Giles
Statements of Facts

Kevin Giles
Statements of Facts

On or About July 2022 while on my Kitchen Assignment staff Assignment staff member House and Tofuil Ask me why I didn't tell them I was a chomo. I told both staff members House and Tofuil that I'm not a chomo staff member House and Tofuil was going around the kitchen asking my follow inmates Co-worker how they felt about working with a chomo and ones said they didn't want to work with one. So I was fired and had to leave the kitchen while this discussion was taking placed inmates were laughing and Rediculing me Officed House told me I couldn't come back to the kitchen. I'm a pretrial detainee who have maintained my innocence from the very beginning of my Arrest and prosecution. furthermore I'm not charged with being a pedophile, but sex trafficking of 17 years old. When these officers House and Tofuil told other inmates I was a pedophile they did so with reckless disregard for my safety. They put both myself and staff in Jeopardy Although I'm not entitled to a work Assignment. Once I am Assigned I can not be harassed, discriminated against and wrongfully terminated. These officers Actions were unnecessary And cause me mental Anguish And subjected me to reducule, harassment got into two fights and to be falsely label as a Pedophile. Theses two Defendant have Violated my Eighth and Fourteeth Amendment right and Acted under the Color of Federal law.

Case 2:23-cv-10951-JJCG-KGA  ECF No. 1, PageID.8  Filed 04/24/23  Page 8 of 17

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attachment

7

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A. My eyes Are very bad And blurry and bad headackes.

B. I got into two fights because of these officers Actions which poses a risk to my safety

C mental distress with not being Able to File Prea

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Declaratory relief and injunctive relief

Actual Damages of

5 millions dollars

8

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FDC  Milan

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

9

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

FD Milan

2.    What did you claim in your grievance?

The Facts given rise to this Actions

3.    What was the result, if any?

None they gave me No reply

10

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      What steps, if any, did you take to appeal that decision?  Is the grievance
process completed?  If not, explain why not.  *(Describe all efforts to appeal to
the highest level of the grievance process.)*

I wrote the Regional Director in Kansas City And I
wrote grievances to BOP in Washington D.C.

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

2.      If you did not file a grievance but you did inform officials of your claim, state
who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your
administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the
exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☒      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)      _____

Defendant(s)      _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

3.      Docket or index number

_____

13

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐     Yes

☐     No

If no, give the approximate date of disposition. _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 17, 20 23.

Signature of Plaintiff _____

Printed Name of Plaintiff   Kevin   Giles

Prison Identification #   47626-509

Prison Address   P.O. Box 1000

Milan                          Mi                      48160
City                           State                  Zip Code

14

Kevin Gobin

P.O. Box 1000

Milan, MI 48160





**UNITED STATES POSTAL SERVICE.**                    Retail

**F**   US POSTAGE PAID

**$0.00**   Origin: 48160
04/18/23
2562000160-48

**FIRST-CLASS PKG SVC - RTL™**

0 Lb 6.00 Oz

**RDC 06**

C052

SHIP
TO:
231 W LAFAYETTE BLVD
DETROIT MI 48226-2700

USPS TRACKING® #

9500 1123 9328 3108 3869 23

Clerk of Court
231 West Lafayette Blvd
Detroit, M: 48226

U.S. MARSHALS